# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LANCE HOGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-04-1045-F |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of the Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter seeks judicial review of the final decision of the Commissioner of Social Security Administration denying plaintiff's application for disability insurance benefits. *See*, 42 U.S.C. § 405(g). On July 20, 2005, Magistrate Judge Valerie K. Couch issued a Report and Recommendation (docket entry no. 16), recommending that this matter be reversed and remanded to the Commissioner for further proceedings.

The magistrate judge further advised the parties of their right to object to the report by August 9, 2005, and of the fact that failure to make timely objection waives the right to appellate review of the suggested ruling. Neither party has filed any objection to the Report, and neither party has requested an extension of time within which to file any objection.

With no objection being filed, and having reviewed the Report, the record, and all relevant arguments and authorities, the court finds that no purpose would be served by setting out any further analysis here. The court **ACCEPTS** and **AFFIRMS** the magistrate judge's report in its entirety. Accordingly, this matter is hereby

**REVERSED** and **REMANDED** to the Commissioner for further proceedings consistent with the Report and Recommendation.

Dated this 11th day of August, 2005.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

04-1045p002(pub).wpd